## Cumberland Valley R. R. Co., Appellant, *v.* Koons.

Argued March 9, 1914. Appeal, No. 295, Jan. T., 1913, by plaintiff, from decree of C. P. Franklin Co., Equity Docket, Vol. 3, p. 197, dissolving preliminary injunction in case of The Cumberland Valley Railroad Company v. George W. Koons, David M. Greenwalt, U. G. Shook, Supervisors of Antrim Township, Franklin County, Pennsylvania. Before FELL, C. J., BROWN, ELKIN, STEWART and MOSCHZISKER, JJ. Reversed.

Bill in equity for an injunction to restrain township supervisors from constructing a grade crossing. Motion to continue a preliminary injunction. Before GILLAN, P. J.

The facts appear in the opinion of the Supreme Court and in Cumberland Valley Railroad Company's Appeal, 245 Pa. 107.

The court dissolved the preliminary injunction. Plaintiff appealed.

*Walter K. Sharpe,* of *Sharpe & Elder,* and *O. C. Bowers,* for appellants.

*A. J. W. Hutton,* with him *W. J. Patton,* for appellee.

OPINION BY MR. JUSTICE BROWN, April 20, 1914:

This appeal is from a decree dissolving a preliminary injunction restraining the supervisors of the Township of Antrim, Franklin County, from constructing the grade crossing involved in appeal No. 294, January

Term, 1913, Cumberland Valley R. R. Co.'s App., 245 Pa. 107, in which we have this day filed an opinion reversing the order or decree of the court below. For the reason stated in that opinion this appeal is sustained. The decree of the court below is reversed and the preliminary injunction is reinstated, the costs below to be disposed of on final decree and those on this appeal to be paid by the appellees.